entered March 29, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Hugh J. O'Brien* for appellant.

*George D. Reed* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.   Not sitting: WERNER, J.

---

GEORGE B. PATTISON, as Substituted Trustee under the Will of JAMES W. CUSACK, Deceased, Appellant, *v.* KITTIE A. CUSACK, Individually and as Trustee under the Will of JAMES W. CUSACK, Deceased, Respondent, and ELLA F. CUSACK, Appellant.

*Pattison* v. *Cusack*, 152 App. Div. 956, affirmed.
(Argued June 12, 1913; decided October 21, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 31, 1912, affirming a judgment in favor of defendant, appellant, entered upon a dismissal of the complaint as to her by the court at a Trial Term without a jury in an action for the partition of certain real property.

*John T. Norton* and *John H. Peck* for appellants.

*H. C. Bailey* and *Abbott H. Jones* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.